UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG 0 8 2003

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

STARRCO COMPANY, INC., )
)
Plaintiff(s), )
)
vs. )        Case No. 4:03CV00869 ERW
)
JOSEPH G. KELLY and )
NATIONAL PARTITIONS, INC., )
)
Defendant(s). )

## ORDER

The Court has been advised by counsel that this action has been settled in a Joint Motion to

Stay the Proceedings [doc. #17].   Upon notice of settlement, it is the practice of this Court to vacate

all pending motions and give the parties a deadline for filing final dismissal papers and not to stay

the proceedings.

**IT IS HEREBY ORDERED** that the Joint Motion to Stay the Proceedings [doc. #17] is

**DENIED**.   The Rule 16 Conference previously scheduled for August 15, 2003 is **VACATED**.

**IT IS FURTHER ORDERED** that counsel shall file, within forty-five (45) days of the date

of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed

consent judgment. Failure to timely comply with this order shall result in the dismissal of this action

with prejudice.

Dated this _8th_ day of _August_, 2003.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 08/11/03 by mberg
                    4:03cv869    Starrco Company, Inc vs Kelly

28:1332 Diversity-Other Contract

Nicole Alexander -  77332          Fax: 314-259-2020
William Corrigan -  2879           Fax: 314-621-5065
Robert Kaiser -  3509              Fax: 314-621-5065
Michael Kass -  94212              Fax: 314-621-5065
Terrence O'Toole -  3988           Fax: 314-259-2020